# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0034
Lower Tribunal No. 23-18636-FC-04
_____

**Aleksei Nikolaev,**
Appellant,

vs.

**Ekaterina Nikolaeva,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

Aleksei Nikolaev, in proper person.

Ekaterina Nikolaeva, in proper person.


Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

The Appellant Aleksei Nikolaev challenges the trial court's final order of dissolution adopting the general magistrate's recommended order and the general magistrate's factual findings. Because we find the Appellant did not demonstrate reversible error, we affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); Diaz v. Diaz, 152 So. 3d 743, 744 (Fla. 3d DCA 2014) ("In the absence of a transcript of the final hearing or a statement of the evidence prepared in accordance with Florida Rule of Appellate Procedure 9.200, we are unable to evaluate the former husband's arguments that the award of any durational alimony was erroneous and that the equitable distribution of the former husband's bank account was unsupported by the record.").

Affirmed.